| | |
|---|---|
| WILLAMETTE EGG FARMS, LLC,<br><br>                   Plaintiff,<br><br>   v.<br><br>SPECTRUM COMMUNICATIONS, INC,<br><br>                   Defendant. | NO: 2:16-CV-0151-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

BEFORE THE COURT is the parties' Stipulated Motion for Dismissal (ECF No. 19). The parties have stipulated to the dismissal of all claims by Plaintiff against Defendant with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

//

//

//

//

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' stipulation, all claims by Plaintiff against Defendant in this matter are **DISMISSED** with prejudice.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** August 8, 2017.



THOMAS O. RICE
Chief United States District Judge